LAW OFFICES OF
**WALKUP, MELODIA, KELLY & SCHOENBERGER**
A PROFESSIONAL CORPORATION

650 CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108-2615
(415) 981-7210

KHALDOUN A. BAGHDADI (State Bar #190111)
kbaghdadi@walkuplawoffice.com
DORIS CHENG (State Bar #197731)
dcheng@walkuplawoffice.com
**ATTORNEYS FOR PLAINTIFF**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JENSEN,<br><br>                    Plaintiff,<br><br>         v.<br><br>JOHNSON & JOHNSON SERVICES, INC., JOHNSON & JOHNSON, INC., DePUY SYNTHES SALES, INC., CODMAN & SHURTLEFF, INC., AND DOES ONE through FIFTY,<br><br>                    Defendants. | Case No. 4:15-cv-02340-KAW<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Plaintiff MICHAEL JENSEN (hereinafter "Plaintiff"), and Defendants JOHNSON & JOHNSON SERVICES, INC., JOHNSON & JOHNSON, INC., DePUY SYNTHES SALES, INC., and CODMAN & SHURTLEFF, INC. (hereinafter "Defendants") (collectively, the "Parties") hereby agree to continue the Case Management Conference currently set for Tuesday, August 25, 2015 to Tuesday, September 8, 2015.

///

///

///

///

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE - CASE NO. 4:15-CV-02340-KAW

THE PARTIES HAVE AGREED AND HEREBY STIPULATE to continue the Case Management Conference currently set for Tuesday, August 25, 2015 to Tuesday, September 8, 2015 at 1:30 p.m.

Dated:  August 21, 2015		WALKUP, MELODIA, KELLY & SCHOENBERGER


			*/s/ Khaldoun A. Baghdadi*
			KHALDOUN A. BAGHDADI
			Attorneys for Plaintiff MICHAEL JENSEN

Dated:  August 21, 2015		KING & SPALDING, LLP


			*/s/ Alexander G. Calfo*
			ALEXANDER G. CALFO
			Attorneys for Defendants JOHNSON & JOHNSON SERVICES, INC., JOHNSON & JOHNSON, INC., DePUY SYNTHES SALES, INC., and CODMAN & SHURTLEFF, INC.

### ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5.1(i)

Pursuant to Civil Local Rule 5.1(i), I, Khaldoun A. Baghdadi, hereby attest that I have obtained concurrence in the filing of this document from the other signatories to this document.

I declare under penalty of perjury under the law of the United States of America that the foregoing is true and correct.  Executed August 21, 2015 at San Francisco, California.


			*/s/ Khaldoun A. Baghdadi*
			KHALDOUN A. BAGHDADI

LAW OFFICES OF
WALKUP, MELODIA, KELLY & SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

2
STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE - CASE NO. 4:15-CV-02340-KAW

**ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**

The parties' stipulation is adopted and IT IS SO ORDERED. The Case Management Conference currently set for Tuesday, August 25, 2015 is continued to Tuesday, September 8, 2015 at 1:30 p.m.

Dated: 8/21/15

_____
HON. KANDIS A. WESTMORE
United States Magistrate Judge

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

3

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE - CASE NO. 4:15-CV-02340-KAW