ALEXANDER G. CALFO (SBN 152891)
ACalfo@kslaw.com
JULIA E. ROMANO (SBN 260857)
JRomano@kslaw.com
STACY L. FOSTER (SBN 285544)
Stacy.Foster@kslaw.com
**KING & SPALDING LLP**
333 S. Grand Avenue, Suite 4200
Los Angeles, California 90071
Telephone:   (213) 443-4355
Facsimile:    (213) 443-4310

Attorneys for Defendants
CODMAN & SHURTLEFF, INC.

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JENSEN,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHNSON & JOHNSON SERVICES, INC., et. al.,<br><br>    Defendants. | Case No. 4:15-cv-02340-WHO<br><br>**STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Date: February 2, 2016<br>Time: 2:00 p.m.<br>Judge: Hon. William H. Orrick<br>Courtroom: No. 2 |

WHEREAS on January 19, 2016 this Court set a Case Management Conference ("CMC") for February 2, 2016 at 2:00 p.m., and ordered lead trial counsel for the parties to appear (Dtk. 31).

WHEREAS the parties have agreed to set a formal mediation before Mediator Charles F. Hawkins for March 2016. To promote judicial economy, a CMC in this matter should be continued until after the mediation.

WHEREAS lead trial counsel for Defendants was also ordered, ten days before this CMC was set, to appear as lead counsel in another matter, on February 2, 2016 for a hearing in the United States District Court, Southern District of Illinois, before Judge Frazier in Benton, Illinois.

THE PARTIES HEREBY STIPULATE, subject to approval of the Court, that the CMC currently set for February 2, 2016 be continued to March 29, 2016, or as soon thereafter as may be convenient to the Court.

Respectfully submitted,

Dated: _January 21, 2016         **WALKUP MELODIA KELLEY & SCHOENBERGER**

By: */s/ Kahldoun A. Baghdadi*
   Matthew D. Davis
   Khaldoun A. Baghdadi
   Doris Cheng
   Attorneys for Plaintiff
   MICHAEL JENSEN

1 | Dated: _January 21, 2016            **KING & SPALDING LLP**

By: */s/   Alexander G. Calfo*
      Alexander G. Calfo
      Julia E. Romano
      Stacy L. Foster
      Attorneys for Defendant
      CODMAN & SHURTLEFF, INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

For good cause shown, the Case Management Conference currently set for February 2, 2016 at 2:00 p.m. is continued to March 29, 2016 at 2:00 p.m.

Date: January 21, 2016

_____
Hon. William H. Orrick
U.S. District Court