LAW OFFICES OF
**WALKUP, MELODIA, KELLY & SCHOENBERGER**
A PROFESSIONAL CORPORATION

650 CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108-2615
(415) 981-7210

KHALDOUN A. BAGHDADI (State Bar #190111)
kbaghdadi@walkuplawoffice.com
DORIS CHENG (State Bar #197731)
dcheng@walkuplawoffice.com
**ATTORNEYS FOR PLAINTIFF**
Michael Jensen

ALEXANDER G. CALFO (SBN 152891)
ACalfo@kslaw.com
JULIA E. ROMANO (SBN 260857)
JRomano@kslaw.com
STACY L. FOSTER (SBN 285544)
Stacy.Foster@kslaw.com
KING & SPALDING LLP
333 S. Grand Avenue, Suite 4200
Los Angeles, California 90071
Telephone: (213) 443-4355
Facsimile: (213) 443-4310
**ATTORNEYS FOR DEFENDANT**
Codman & Shurtleff, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JENSEN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOHNSON & JOHNSON SERVICES, INC., JOHNSON & JOHNSON, INC., DePUY SYNTHES SALES, INC., CODMAN & SHURTLEFF, INC., AND DOES ONE through FIFTY,<br><br>　　　　　Defendants. | Case No. 3:15-cv-02340-WHO<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Whereas, the parties are set for a Case Management Conference on March 29, 2016;

Whereas, counsel for defendant is currently engaged in trial before the Honorable Richard

Arnold, in the County of Fairfield, State of Connecticut;

Whereas, the parties have commenced and are continuing settlement discussions, with the goal of setting a mediation within the next 30 days;

THE PARTIES HEREBY STIPULATE, and subject to approval of the Court, that the Case Management Conference currently set for March 29, 2016 be continued to May 3, 2016 or as soon thereafter as the matter may be heard.

Respectfully submitted,

Dated:                                              WALKUP, MELODIA, KELLY & SCHOENBERGER


                                                    /s/ Khaldoun A. Baghdadi
                                                    KHALDOUN A. BAGHDADI
                                                    Attorneys for Plaintiff MICHAEL JENSEN

Dated:                                              KING & SPALDING, LLP


                                                    /s/ Alexander G. Calfo
                                                    ALEXANDER G. CALFO
                                                    Attorneys for Defendant CODMAN & SHURTLEFF, INC.

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5.1(i)**

Pursuant to Civil Local Rule 5.1(i), I, Khaldoun A. Baghdadi, hereby attest that I have obtained concurrence in the filing of this document from the other signatories to this document.

I declare under penalty of perjury under the law of the United States of America that the foregoing is true and correct. Executed March __, 2016 at San Francisco, California.


                                                    /s/ Khaldoun A. Baghdadi
                                                    KHALDOUN A. BAGHDADI

LAW OFFICES OF
WALKUP, MELODIA, KELLY & SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

2
JOINT STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE - CASE NO. 3:15-CV-02340-WHO

**ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**

The parties' stipulation is adopted and IT IS SO ORDERED. The Case Management Conference currently set for Tuesday, March 29, 2016 is continued to Tuesday, May 3, 2016 at 2:00 p.m.

Dated:    March 28, 2016



HON. WILLIAM H. ORRICK
United States District Court Judge

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

3
JOINT STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE - CASE NO. 3:15-CV-02340-WHO