ALEXANDER G. CALFO (SBN 152891)
ACalfo@kslaw.com
JULIA E. ROMANO (SBN 260857)
JRomano@kslaw.com
STACY L. FOSTER (SBN 285544)
Stacy.Foster@kslaw.com
**KING & SPALDING LLP**
333 S. Grand Avenue, Suite 4200
Los Angeles, California 90071
Telephone:  (213) 443-4355
Facsimile:  (213) 443-4310

Attorneys for Defendant
CODMAN & SHURTLEFF, INC.

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JENSEN,<br><br>            Plaintiff,<br><br>    v.<br><br>JOHNSON & JOHNSON SERVICES, INC., et. al.,<br><br>            Defendants. | Case No. 3:15-cv-02340-WHO<br><br>**STIPULATION AND ORDER DISMISSING PLAINTIFF'S FAILURE TO WARN CLAIMS** |

WHEREAS on November 30, 2016 defendant CODMAN & SHURTLEFF, INC. ("Defendant") filed a Motion for Summary Judgment as to Plaintiff MICHAEL JENSEN's ("Plaintiff") second and third causes of action for failure to warn based on the learned intermediary doctrine. (Dkt. No. 48.) The Motion is currently set for hearing on January 4, 2017.

WHEREAS the parties have met and conferred regarding the Motion and hereby agree and stipulate as follows:

1. Plaintiff agrees to dismiss his failure to warn claims without prejudice.
2. Defendant agrees to withdraw its Motion for Summary Judgment (Dkt. No. 48) as moot.

IT IS SO STIPULATED.

Respectfully submitted,

Dated:  December 9, 2016         **WALKUP MELODIA KELLEY & SCHOENBERGER**

By: */s/ Khaldoun A. Baghdadi*
   Matthew D. Davis
   Khaldoun A. Baghdadi
   Doris Cheng
   Attorneys for Plaintiff
   MICHAEL JENSEN

Dated: December 9, 2016         **KING & SPALDING LLP**

By:  */s/ Julia E. Romano*
   Alexander G. Calfo
   Julia E. Romano
   Stacy L. Foster
   Attorneys for Defendant
   CODMAN & SHURTLEFF, INC.

## **ORDER**

Pursuant to stipulation, it is hereby ORDERED that Plaintiff MICHAEL JENSEN's Second Cause of Action for Strict Liability Failure to Warn and Third Cause of Action for Negligent Warnings are hereby dismissed without prejudice.  Defendant CODMAN & SHURTLEFF, INC.'s Motion for Summary Judgment (Dkt. No. 48) is deemed withdrawn and taken off calendar.

IT IS SO ORDERED.



Hon. William H. Orrick
U.S. District Court